IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00005-RJC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
|  | ) |  |
| KEYUON DIVINE CANNIE | ) |  |
| TRASHAWN TAVARIS EDWARD COLEMAN |  |  |
| LAMAR MOORE |  |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court on its own motion and the joint motion of the government and Keyuon Divine Cannie, (Doc. No. 79), to continue the suppression hearing from July 15, 2024, and to continue the trial of this matter from the August 5, 2024, term.

For the reasons stated in the motion, the Court finds that the defendant has sufficient cause for a continuance in this matter and that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(1)(D), (7)(A).

The Court further finds that the other defendants' cases are "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," 18 U.S.C. § 3161(h)(6), and that failure to continue this matter would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendants to a speedy trial.

**IT IS, THEREFORE, ORDERED,** that:

1. this case as to all defendants who are pending for trial is hereby continued to the October 7, 2024, trial term of Court in the Charlotte Division;

2. counsel will appear for a status conference on September 23, 2024, at 9:30 a.m. in Courtroom 4A in the Frank G. Johns Wing of the Charles R. Jonas Federal Building and United States Courthouse; and

3. the suppression hearing is continued to a date to be announced by separate order.

The Clerk is directed to certify copies of this Order to counsel for the defendants, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 2, 2024

Robert J. Conrad, Jr.
United States District Judge